IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH A. WEST,

    Plaintiff,

vs.

E. HAGENE, *et. al.*,

    Defendants.

Case No. 12-cv-179-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff's motion for extension of time (Doc. 20) to "prepare and file his motion(s) and responses" to the Court's order (Doc. 12) dated September 6, 2012. The Court construes plaintiff's motion as a motion to extend plaintiff's time to file a motion for relief from an order under Federal Rule of Civil Procedure 60(b). Federal Rule of Civil Procedure 6(b)(2), however, prohibits this Court from extending the time for a party to file a motion under Rule 60(b). Accordingly, plaintiff's motion (Doc. 20) is **DENIED**. Pursuant to Rule 60(c), plaintiff must make his motion under Rule 60(b) "within a reasonable time – and for reasons (1), (2), and (3) no more than a year after the . . . order." Fed. R. Civ. P. 60(c).

**IT IS SO ORDERED.**

**DATED:** September 24, 2012

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**