IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH A. WEST,

    Plaintiff,

vs.

E. HAGENE, *et. al.*,

    Defendants.

Case No. 12-cv-179-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants E. Hagene, Counselor Lutz, Randy Davis, Michael Randle, Gladyse C. Taylor, Donna Heinemann, K. Deen, Sarah Johnson, and Terry Anderson, and against Plaintiff Keith A. West,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:**     June 18, 2013           **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                                    By: s/Brenda K. Lowe, Deputy Clerk

**Approved:**     s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**